UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEARTS ON FIRE COMPANY, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>BLUE NILE, INC.<br><br>    Defendant. | CIVIL ACTION NO. 08-CA-11053-NG<br><br>(Leave to File Granted On September 24, 2008) |

**HEARTS ON FIRE COMPANY, LLC'S SUR REPLY TO DEFENDANT'S REPLY**

Plaintiff Hearts on Fire Company, LLC ("HOF") filed a Supplemental Memorandum on September 18, 2008 (docket # 14), to which defendant Blue Nile, Inc. ("Blue Nile") filed a Reply that same day (docket # 15).

The Reply improperly requests an order that HOF may proceed only on a claim that a sponsored link containing HOF's trademark infringes on HOF's trademark. Such a sponsored link prompted and is alleged by HOF's Complaint. However, the Complaint also alleges that HOF believes Blue Nile has used HOF's trademark to trigger other sponsored links. Complaint ¶ 23. Discovery will reveal any additional sponsored links and whether they contain HOF's trademark.

If discovery reveals that Blue Nile has used HOF's trademark to trigger sponsored links not containing HOF's trademark, that will raise the issue as to whether such sponsored links infringe. The First Circuit's new decision Venture Tape Corp. v. McGills Glass Warehouse, __ F.3d __, 2008 WL 3959997 (1st Cir. August 28, 2008), compels the conclusion that sponsored link advertising can be infringing whether or not the sponsored links contain plaintiff's

EAST\42173249.2

trademark. Blue Nile's Reply argues that <u>Venture Tape</u> is limited to metatag use, which it says is different than sponsored link advertising. As explained in the Supplemental Memorandum, the two are functionally the same. This is shown by their identical treatment in the case relied on by Blue Nile, <u>J.G. Wentworth, S.S.C. Ltd. P'ship v. Settlement Funding LLC</u>, 2007 WL 30115 at *7-8 (E.D. Pa. Jan. 4, 2007). Even if <u>Venture Tape</u> did not apply to sponsored linking, the issue of whether sponsored links not containing HOF's trademark infringe would depend on facts developed through discovery relevant to the multi-part likelihood of confusion test, including the content of such sponsored links. <u>See</u> HOF's Supplemental Memorandum footnote 2 (citing cases).

HOF is entitled to pursue all of the allegations of its Complaint, including taking discovery of all keyword advertising by Blue Nile using HOF's trademark. The partial motion to dismiss should be denied in its entirety.

> Respectfully submitted,
> HEARTS ON FIRE COMPANY, LLC
> By its attorneys,
>
>  /s/ Bruce E. Falby_____
> Bruce E. Falby (BBO #544143)
> Robert P. Sherman (BBO #548540)
> DLA PIPER US LLP
> 33 Arch Street, 26th Floor
> Boston, MA  02110-1447
> Telephone:  617.406.6000
> Facsimile:  617.406.6100

Dated:  September 24, 2008

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on September 24, 2008.

/s/ Bruce E. Falby_____
Bruce E. Falby